New Amsterdam Casualty Company, Appellant, *v.* Max Gross, Defendant, and Ray Gross, Respondent.

*Creditor's suit — action to have judgment debtor adjudged to be the true owner of real property and to have same sold to satisfy judgment.*

*New Amsterdam Casualty Co.* v. *Gross*, 192 App. Div. 591, affirmed.
(Submitted March 9, 1922; decided March 24, 1922.)

Appeal from a judgment, entered August 10, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. This was a judgment creditor's action to have the defendant Max Gross adjudged to be the real and true owner of premises No. 67 Stanton street, and

that the defendant Ray Gross be adjudged to hold said premises for and in trust for him, and that the same be sold to satisfy the lien of the judgment. The plaintiff, at the request of the defendant Max Gross, executed a bail bond for one Joseph Elias on a criminal charge made against him in the state of Connecticut in the sum of $2,500. The defendant Max Gross executed a written agreement to indemnify and save harmless the plaintiff from liability on said bond. He at the same time gave a statement under oath, in which he set forth, among other things, that he was the owner of the premises 67 Stanton street. The bail bond was forfeited, and the plaintiff entered judgment against Max Gross upon confession, and this action was brought. The Appellate Division held that title to the property in question had become fully vested in Ray Gross several months before the obligation upon which the confession was based was incurred.

*Julian Vernon Carabba, George I. Wooley* and *John M. O' Neil* for appellant.

*Henry Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.